Peter Tutules and John P. Dignan, trading as Tutules & Dignan, appellees, v. Richard E. Elliott and Anna E. Cotter, appellants. Gen. No. 30,073.

Action to recover for services as real estate brokers. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Samuel B. King, for appellants. Oliver T. Cody, for appellees.

Mr. Justice Fitch delivered the opinion of the court.

## SECOND DISTRICT.

Marietta Bazeley, appellant, v. Estate of David Schoonmaker, appellee. Gen. No. 7,401.

Suit for services rendered. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed March 27, 1925.

Fisher, North, Linscott & Gibboney, for appellant. Welsh & Welsh, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Ellen M. Talty, appellee, v. Frank Schoenholz, sheriff of County of Lee, appellant. Gen. No. 7,404.

Replevin. Judgment for plaintiff. Appeal from the Circuit Court of Lee county; the Hon. William J. Emerson, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed March 27, 1925.

R. W. Besse and Clyde Smith, for appellant; H. A. Brooks, for appellee.

Mr. Justice Jones delivered the opinion of the court.

Standard Oil Company of Indiana, appellee, v. Cornelius C. Vanderboom et al., appellants. Gen. No. 7,413.

Appeal from the Circuit Court of Will county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the October term, 1924. Affirmed on case of *Acker v. Vanderboom*, 235 Ill. App. 417. Opinion filed March 27, 1925. Rehearing denied April 28, 1925.

J. L. Brearton, for appellants. Orr & Brumund and Barr & Barr, for appellee.

Mr. Justice Jones delivered the opinion of the court.